# EXHIBIT B

# EXHIBIT B

AMDS

# DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| LAS VEGAS MTETROPOLITAN POLICE DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION, M/A COM, INC., TE CONNECTIVITY LTD., TE CONNECTIVITY INC., TE CONNECTIVITY NETWORKS, INC., TYCO ELECTRONICS CORPORATION, TYCO ELECTRONICS, LTD. and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO: A-13-682400-C<br>DEPT. NO: XXVIII<br><br>**AMENDED SUMMONS** |

NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.

TO: **HARRIS CORPORATION**

A civil Amended Complaint has been filed by the Plaintiff[s] against you for the relief set forth in the Amended Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Amended Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    b. Serve a copy of your response upon the attorney whose name and address is shown below.

2. Unless you respond, your default will be entered upon application of the Plaintiff[s] and this Court may enter a judgment against you for the relief demanded in the Amended Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the Amended Complaint.

Submitted by:
SANTORO WHITMIRE

JAMES E. WHITMIRE, ESQ. (NBN 6533)
jwhitmire@santoronevada.com
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Telephone: (702) 948-8771

Attorneys for Plaintiff

STEVEN D. GRIERSON, CLERK OF COURT

KADIRA BEDKO

By: Deputy Clerk

Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

NOTE: When service is by publication, add a brief statement of the object of the action. See Rules of Civil Procedure, Rule 4(b).

# AFFIDAVIT OF SERVICE

STATE OF _____ )
                         ) ss
COUNTY OF _____ )

_____, being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceeding in which this affidavit is made. That affidavit received _____ copy(ies) of the Summons of Amended Complaint, _____ _____ on the _____ day of _____, 20____ and served the same on the _____ day of _____, 20____ by:

(Affiant must complete the appropriate paragraph)

1. delivering and leaving a copy with the Defendant _____ at ____(State address)____
   _____.

2. serving the Defendant _____ by personally delivering and leaving a copy with _____
   _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at:
   ____(State address)_____.

3. serving the Defendant _____ by personally delivering and leaving a copy at _____(State address)____
   _____.

   a. with _____ as _____, an agent lawfully designated by statute to accept service of process;

   b. with _____, pursuant to NRS 14.020 as a person of suitable age and discretion of the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (check appropriate method):

   _____    ordinary mail
   _____    certified mail, return receipt requested
   _____    registered mail, return receipt requested

   addressed to the Defendant _____ at the Defendant's last known address which is _____
   _____.

SUBSCRIBED AND SWORN to before me this
_____ day of _____, 20____.

_____
Signature of person making service

_____
NOTARY PUBLIC in and for said County
and State

My commission expires: _____
(SEAL)