JEFF SILVESTRI, ESQ.
Nevada Bar No. 5779
DAVID STOFT, ESQ.
Nevada Bar No. 10241
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone:   702.873.4100
Facsimile:    702.873.9966
jsilvestri@mcdonaldcarano.com
dstoft@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc, TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS CORPORATION, M/A COM, INC., TE CONNECTIVITY LTD., TE CONNECTIVITY INC., TYCO ELECTRONICS CORPORATION, TYCO ELECTRONICS, LTD., and DOES 1-25, inclusive,<br><br>Defendants. | CASE NO.  2:13-cv-01780-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendants Harris Corporation ("Harris"), M/A Com, Inc. ("M/A COM"), TE Connectivity, Ltd., TE Connectivity, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd. (collectively, "Defendants"), and plaintiff Las Vegas Metropolitan Police Department ("Plaintiff"), by and through their respective attorneys, hereby stipulate that Defendants shall have up to and including November 20, 2013 to file its Reply in Support of Motion to Dismiss First Amended Complaint.  This amounts to an

/ / /

/ / /

/ / /

eight (8) day extension to the original deadline of November 12, 2013. The extension of time requested herein is sought in good faith and is not requested for the purpose of delay.

Dated this 8th day of November, 2013.  　　　　　Dated this 8th day of November, 2013.

**SANTORO WHITMIRE**  　　　　　**MCDONALD CARANO WILSON LLP**

*/s/ James E. Whitmire*  　　　　　*/s/ Jeff Silvestri*
James E. Whitmire, Esq. (NVBN 6533)  　　　　　Jeff Silvestri, Esq. (NVBN 5779)
10100 West Charleston Blvd., Ste. 250  　　　　　David Stoft, Esq. (NVBN 10241)
Las Vegas, NV 89135  　　　　　2300 W. Sahara Ave, Ste. 1200
*Attorneys for Plaintiff*  　　　　　Las Vegas, NV 89102
　　　　　*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

　　　Dated: _____, 2013

_____
UNITED STATES DISTRICT JUDGE/MAGISTRATE JUDGE

Submitted by:

**MCDONALD CARANO WILSON LLP**

*/s/ Jeff Silvestri*
Jeff Silvestri, Esq. (NVBN 5779)
David Stoft, Esq. (NVBN 10241)
2300 W. Sahara Ave, Ste. 1200
Las Vegas, NV 89102
*Attorneys for Defendants*