# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Plaintiff, | 2:13-cv-01780-GMN-VCF |
| vs. | **ORDER** |
| HARRIS CORPORATION, *et al.*, | |
| Defendants. | |

Before the court is the parties' Discovery Plan and Scheduling Order. (#30).  The court held a hearing and heard representations from the parties.

IT IS HEREBY ORDERED that a status check is scheduled for 10:00 a.m., November 6, 2014, in courtroom 3D.

IT IS FURTHER ORDERED that discovery deadlines are modified as follows:

1. Document Production: the deadline to retrieve, review, and produce all documents and privilege log in connection with the other parties' custodian selection is October 26, 2014;

2. Document Review: the parties have until December 26, 2014 to review all documents produced and they further agree that no other fact discovery will proceed during this time;

3. Written Fact Discovery: The parties may serve written fact discovery beginning December 27, 2014. The deadline for concluding written fact discovery is deferred for further consideration at the status check.

///

///

///

IT IS FURTHER ORDERED that the Joint Protective Order must be filed no later than September 12, 2014.

Dated this 4th day of September, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE