JEFF SILVESTRI, ESQ.
Nevada Bar No. 5997
KRISTEN T. GALLAGHER, ESQ
Nevada Bar No. 9561
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
jsilvestri@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc., TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT<br><br>Plaintiffs,<br><br>vs.<br><br>HARRIS CORPORATION; M/A COM, INC.; TE CONNECTIVITY LTD.; TE CONNECTIVITY INC.; TE CONNECTIVITY NETWORKS, INC.; TYCO ELECTRONICS CORPORATION; TYCO ELECTRONICS, LTD.,<br><br>Defendants. | Case No.: 2:13-cv-01780-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSE TO MOTION TO FILE THIRD AMENDED COMPLAINT IN REDACTED FORM**<br><br>(First Request) |

Defendants Harris Corporation, M/A Com, Inc., TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd. (collectively, "Defendants"), and plaintiff Las Vegas Metropolitan Police Department ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for Defendants to file their response to Plaintiff's Motion to File the Third Amended Complaint in Redacted Form (Dkt. 71) shall be extended from April 3, 2015 to April 8, 2015. This is the parties' first request.

The undersigned represent this stipulation is not intended for purposes of delay.

RESPECTFULLY SUBMITTED this 3rd day of April, 2015.

| McDONALD CARANO WILSON LLP | SANTORO WHITMIRE |
|---|---|
| By: */s/ Kristen T. Gallagher* <br> Jeff Silvestri, Esq. (NSBN 5779) <br> Kristen T. Gallagher, Esq. (NSBN 9561) <br> 2300 W. Sahara Avenue, Suite 1200 <br> Las Vegas, NV 89102 <br> Telephone: 702.873.4100 <br> Facsimile: 702.873.9966 <br> jsilvestri@mcdonaldcarano.com <br> kgallagher@mcdonaldcarano.com | By: */s/ James E. Whitmire* <br> James E. Whitmire, Esq. (NSBN 6533) <br> James M. Jimmerson (NSBN 12599) <br> 10100 West Charleston Blvd., Suite 250 <br> Las Vegas, NV 89135 <br> Telephone: 702.948.8771 <br> Facsimile: 702.948.8773 <br> jwhitmire@santoronevada.com <br> jjimerson@santoronevada.com |
| *Attorneys for Defendants Harris Corporation, M/A Com, Inc., TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.* | *Attorneys for Plaintiff Las Vegas Metropolitan Police Department* |

330010

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: April 6, 2015