# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

        Plaintiff,

vs.

HARRIS CORPORATION, *et al.*,

        Defendants.

2:13-cv-01780-GMN-VCF

**ORDER**

Before the court is Plaintiff's Motion to File the Third Amended Complaint in Redacted Form. (#71).

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to File the Third Amended Complaint in Redacted Form (#71) is scheduled for 11:00 a.m., April 29, 2015, in courtroom 3D.

DATED this 22nd day of April, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE