# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

LAS VEGAS METROPOLITAN POLICE DEPARTMENT,

          Plaintiff,

vs.

HARRIS CORPORATION, *et al.,*

          Defendants.

2:13-cv-01780-GMN-VCF

**ORDER**

    Before the Court is the Joint Statement Regarding Discovery (#74).

    IT IS HEREBY ORDERED that a status hearing regarding discovery is scheduled for 3:00 p.m., June 22, 2015, in courtroom 3D.

    DATED this 20th day of May, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE