1    JEFF SILVESTRI ESQ.
Nevada Bar No. 5997
2    KRISTEN T. GALLAGHER, ESQ
Nevada Bar No. 9561
3    McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
4    Las Vegas, NV  89102
Telephone:  702.873.4100
5    Facsimile:  702.873.9966
jsilvestri@mcdonaldcarano.com
6    kgallagher@mcdonaldcarano.com

7    *Attorneys for Defendants Harris Corporation,*
*M/A Com, Inc, TE Connectivity Ltd., TE*
8    *Connectivity Inc., TE Connectivity Networks,*
*Inc., Tyco Electronics Corporation, and*
9    *Tyco Electronics, Ltd.*

10

11    **UNITED STATES DISTRICT COURT**

12    **DISTRICT OF NEVADA**

13    LAS VEGAS METROPOLITAN POLICE    Case No.: 2:13-cv-01780-GMN-VCF
DEPARTMENT
14

Plaintiffs,
15
   **STIPULATION AND ORDER TO**
vs.    **CONTINUE OCTOBER 1, 2015**
16    **STATUS CONFERENCE**

17    HARRIS CORPORATION; M/A COM, INC.;    (First Request)
TE CONNECTIVITY LTD.; TE
18    CONNECTIVITY INC.; TE CONNECTIVITY
NETWORKS, INC.; TYCO ELECTRONICS
19    CORPORATION; TYCO ELECTRONICS,
LTD.; and DOES 1-25, inclusive,
20

Defendants.
21

22        Defendants Harris Corporation, *et al.* ("Defendants") and plaintiff Las Vegas

23    Metropolitan Police Department ("Plaintiff"), by and through their respective undersigned

24    counsel, hereby stipulate, agree and respectfully request that the Court continue the status

25    conference currently scheduled for October 1, 2015 at 10:00 a.m. (Dkt. 92) for approximately

26    two weeks.

27

28

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

1    The parties have finalized settlement documents and are in the process of executing those

2    documents.  Thereafter, dismissal documents will be submitted to the Court.

3        RESPECTFULLY SUBMITTED this 30th day of September, 2015.

4    McDONALD CARANO WILSON LLP          SANTORO WHITMIRE

5
     By: */s/ Kristen T. Gallagher*          By: */s/ James E. Whitmire*
6        Jeff Silvestri, Esq. (NSBN 5779)         James E. Whitmire, Esq. (NBN 6533)
         Kristen T. Gallagher, Esq. (NSBN 9561)   James M. Jimmerson (NSBN 12599)
7        2300 W. Sahara Avenue, Suite 1200        10100 West Charleston Blvd., Ste. 250
         Las Vegas, NV 89102                      Las Vegas, NV 89135
8        Telephone:  702.873.4100                 Telephone: 702.948.8771
         Facsimile:  702.873.9966                 Facsimile: 702.948.8773
9        jsilvestri@mcdonaldcarano.com            jwhitmire@santoronevada.com
         kgallagher@mcdonaldcarano.com            jjimerson@santoronevada.com
10
         *Attorneys for Defendants Harris*        *Attorneys for Las Vegas Metropolitan Police*
11       *Corporation, M/A Com, Inc, TE*          *Department*
         *Connectivity Ltd., TE Connectivity Inc., TE*
12       *Connectivity Networks, Inc., Tyco*
         *Electronics Corporation, and Tyco*
13       *Electronics, Ltd.*

14                                              IT IS SO ORDERED:

15

16                                              UNITED STATES MAGISTRATE JUDGE

17                                              DATED:    October 1, 2015

18

19

20       IT IS HEREBY ORDERED that the status hearing scheduled for October 1, 2015 at 10:00 a.m.
         is VACATED and rescheduled for 10:00 a.m., October 22, 2015, in courtroom 3D.

21

22

23

24

25   343346

26

27

28

Page 2 of 2

McDONALD • CARANO • WILSON LLP
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA
PHONE (702)873-4100 • FAX (702) 873-9966