JEFF SILVESTRI ESQ.
Nevada Bar No. 5997
KRISTEN T. GALLAGHER, ESQ
Nevada Bar No. 9561
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
jsilvestri@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc, TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT<br><br>Plaintiffs,<br><br>vs.<br><br>HARRIS CORPORATION; M/A COM, INC.; TE CONNECTIVITY LTD.; TE CONNECTIVITY INC.; TE CONNECTIVITY NETWORKS, INC.; TYCO ELECTRONICS CORPORATION; TYCO ELECTRONICS, LTD.; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01780-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>(Second Request) |

Defendants Harris Corporation, *et al.* ("Defendants") and plaintiff Las Vegas Metropolitan Police Department ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate, agree and respectfully request that the Court continue the status conference currently scheduled for October 22, 2015 at 10:00 a.m. (Dkt. 93) for approximately three weeks.  This is the parties' second request to continue the status check initially set for October 1, 2015 (Dkt. 92, 93).

…

The parties have finalized and executed settlement documents and anticipate filing dismissal documents within three weeks.

RESPECTFULLY SUBMITTED this 20th day of October, 2015.

| McDONALD CARANO WILSON LLP | SANTORO WHITMIRE |
|---|---|
| By: */s/ Kristen T. Gallagher*<br>    Jeff Silvestri, Esq. (NSBN 5779)<br>    Kristen T. Gallagher, Esq. (NSBN 9561)<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, NV 89102<br>    Telephone:  702.873.4100<br>    Facsimile:  702.873.9966<br>    jsilvestri@mcdonaldcarano.com<br>    kgallagher@mcdonaldcarano.com<br><br>*Attorneys for Defendants Harris Corporation, M/A Com, Inc, TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.* | By: */s/ James E. Whitmire*<br>    James E. Whitmire, Esq. (NBN 6533)<br>    James M. Jimmerson (NSBN 12599)<br>    10100 West Charleston Blvd., Ste. 250<br>    Las Vegas, NV 89135<br>    Telephone: 702.948.8771<br>    Facsimile: 702.948.8773<br>    jwhitmire@santoronevada.com<br>    jjimerson@santoronevada.com<br><br>*Attorneys for Las Vegas Metropolitan Police Department* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 21, 2015

IT IS HEREBY ORDERED that the hearing scheduled for 10:00 a.m., October 22, 2015 is VACATED and RESCHEDULED to 11:00 a.m., November 17, 2015.

344712