1  JEFF SILVESTRI ESQ.
   Nevada Bar No. 5997
2  KRISTEN T. GALLAGHER, ESQ
   Nevada Bar No. 9561
3  McDONALD CARANO WILSON LLP
   2300 W. Sahara Avenue, Suite 1200
4  Las Vegas, NV  89102
   Telephone:  702.873.4100
5  Facsimile:  702.873.9966
   jsilvestri@mcdonaldcarano.com
6  kgallagher@mcdonaldcarano.com

7  *Attorneys for Defendants Harris Corporation,*
   *M/A Com, Inc., TE Connectivity Ltd., TE*
8  *Connectivity Inc., TE Connectivity Networks,*
   *Inc., Tyco Electronics Corporation, and*
9  *Tyco Electronics, Ltd.*

10

11                **UNITED STATES DISTRICT COURT**

12                    **DISTRICT OF NEVADA**

13  LAS VEGAS METROPOLITAN POLICE          Case No.: 2:13-cv-01780-GMN-VCF
    DEPARTMENT
14
            Plaintiffs,
15
    vs.                                            **STIPULATION AND ORDER**
16                                              **FOR DISMISSAL WITH PREJUDICE**

17  HARRIS CORPORATION; M/A COM, INC.;
    TE CONNECTIVITY LTD.; TE
18  CONNECTIVITY INC.; TE CONNECTIVITY
    NETWORKS, INC.; TYCO ELECTRONICS
19  CORPORATION; TYCO ELECTRONICS,
    LTD.; and DOES 1-25, inclusive,
20
            Defendants.
21

22          Defendants Harris Corporation; M/A-Com, Inc.; TE Connectivity Ltd.; TE Connectivity

23  Inc.; TE Connectivity Networks, Inc.; Tyco Electronics Corporation; and Tyco Electronics, Ltd.

24  (collectively, the "Harris and TE Defendants") and plaintiff Las Vegas Metropolitan Police

25  Department ("Plaintiff"), by and through their respective undersigned counsel, hereby jointly

26  stipulate to dismiss the Harris and TE Defendants from this action with prejudice.  Each party

27  shall bear its respective fees and costs.

28  …

*McDONALD • CARANO • WILSON LLP*
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE (702) 873-4100 • FAX (702) 873-9966

IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of the Settlement Agreement and Mutual Release between the parties.

DATED this 3rd day of November, 2015.

McDONALD CARANO WILSON LLP

By: */s/ Kristen T. Gallagher*
    Jeff Silvestri, Esq. (NSBN 5779)
    Kristen T. Gallagher, Esq. (NSBN 9561)
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, NV 89102
    Telephone:  702.873.4100
    Facsimile:  702.873.9966
    jsilvestri@mcdonaldcarano.com
    kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc, TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

SANTORO WHITMIRE

By: */s/ James E. Whitmire*
    James E. Whitmire, Esq. (NBN 6533)
    James M. Jimmerson (NSBN 12599)
    10100 West Charleston Blvd., Ste. 250
    Las Vegas, NV 89135
    Telephone: 702.948.8771
    Facsimile: 702.948.8773
    jwhitmire@santoronevada.com
    jjimerson@santoronevada.com

*Attorneys for Las Vegas Metropolitan Police Department*

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED:  November 4, 2015

341780