JEFF SILVESTRI ESQ.
Nevada Bar No. 5997
KRISTEN T. GALLAGHER, ESQ
Nevada Bar No. 9561
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV  89102
Telephone:  702.873.4100
Facsimile:  702.873.9966
jsilvestri@mcdonaldcarano.com
kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc., TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT<br><br>Plaintiffs,<br><br>vs.<br><br>HARRIS CORPORATION; M/A COM, INC.; TE CONNECTIVITY LTD.; TE CONNECTIVITY INC.; TE CONNECTIVITY NETWORKS, INC.; TYCO ELECTRONICS CORPORATION; TYCO ELECTRONICS, LTD.; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01780-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants Harris Corporation; M/A-Com, Inc.; TE Connectivity Ltd.; TE Connectivity Inc.; TE Connectivity Networks, Inc.; Tyco Electronics Corporation; and Tyco Electronics, Ltd. (collectively, the "Harris and TE Defendants") and plaintiff Las Vegas Metropolitan Police Department ("Plaintiff"), by and through their respective undersigned counsel, hereby jointly stipulate to dismiss the Harris and TE Defendants from this action with prejudice.  Each party shall bear its respective fees and costs.

…

1  IT IS FURTHER STIPULATED that the Court shall retain jurisdiction over this matter to enforce any issue concerning enforcement of the Settlement Agreement and Mutual Release between the parties.

DATED this 3rd day of November, 2015.

McDONALD CARANO WILSON LLP

By: */s/ Kristen T. Gallagher*
   Jeff Silvestri, Esq. (NSBN 5779)
   Kristen T. Gallagher, Esq. (NSBN 9561)
   2300 W. Sahara Avenue, Suite 1200
   Las Vegas, NV 89102
   Telephone: 702.873.4100
   Facsimile: 702.873.9966
   jsilvestri@mcdonaldcarano.com
   kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Harris Corporation, M/A Com, Inc, TE Connectivity Ltd., TE Connectivity Inc., TE Connectivity Networks, Inc., Tyco Electronics Corporation, and Tyco Electronics, Ltd.*

SANTORO WHITMIRE

By: */s/ James E. Whitmire*
   James E. Whitmire, Esq. (NBN 6533)
   James M. Jimmerson (NSBN 12599)
   10100 West Charleston Blvd., Ste. 250
   Las Vegas, NV 89135
   Telephone: 702.948.8771
   Facsimile: 702.948.8773
   jwhitmire@santoronevada.com
   jjimerson@santoronevada.com

*Attorneys for Las Vegas Metropolitan Police Department*

IT IS SO ORDERED:

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: November 4, 2015

341780